UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2847 (TFH) |

## **ANSWER**

Defendants, the United States Department of Justice ("DOJ"), the Federal Bureau of Investigation ("FBI"), and the Executive Office for United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully submit this Answer to the Complaint filed by Plaintiff the Reporters Committee for Freedom of the Press ("RCFP"). To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents in response; however, Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action. Defendants expressly deny all of the allegations in the Complaint that are not specifically admitted or otherwise qualified in this Answer. Defendants respond to the Complaint in like numbered paragraphs as follows:

1. Defendants admit that Plaintiff purports to bring this suit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §552. The remainder of this paragraph consists of Plaintiff's characterization of this suit to which no response is required.

2. This paragraph consists of Plaintiff's characterization of this suit and legal conclusions to which no response is required.

## PARTIES[1]

3. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4. Defendant DOJ admits that it is an agency of the federal government and that its headquarters are located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The remainder of this paragraph consists of legal conclusions to which no response is required.

5. Defendant FBI admits that it is a component of the DOJ and that its headquarters are located at 935 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The remainder of this paragraph consists of legal conclusions to which no response is required.

6. Defendant EOUSA admits that it is a component of the DOJ and that its headquarters are located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The remainder of this paragraph consists of legal conclusions to which no response is required.

## JURISDICTION AND VENUE

7. This paragraph consists of legal conclusions to which no response is required.

8. This paragraph consists of legal conclusions to which no response is required.

---

[1] Merely for ease of reference, Defendants replicate the headings contained in the Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

## **FACTS**

### **Legal Background**

9. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

10. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

11. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

12. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

13. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

14. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

### **Mr. Carmody and the May 10, 2019 Law Enforcement Actions**

15. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

16. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

17. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

18. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

19. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

20. The allegations contained in this paragraph do not set forth a claim for relief or allege facts in support of a claim to which a response is required.

**Plaintiff's FOIA Requests**

Request to the DOJ Criminal Division

21. Defendant DOJ admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant DOJ respectfully refers the Court to that request for a full and accurate statement of its contents.

22. Defendant DOJ admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant DOJ respectfully refers the Court to that request for a full and accurate statement of its contents.

23. Defendant DOJ admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant DOJ respectfully refers the Court to that request for a full and accurate statement of its contents.

24. Defendant DOJ admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant DOJ respectfully refers the Court to that request for a full and accurate statement of its contents.

25. Defendant DOJ admits it assigned Plaintiff's FOIA request tracking number CRM-300751063, and confirmed receiving his request by letter dated June 24, 2019. Defendant DOJ respectfully refers the Court to that letter for a full and accurate statement of its contents.

26. Defendant DOJ admits it confirmed receiving Plaintiff's FOIA request by letter dated June 24, 2019. Defendant DOJ respectfully refers the Court to that letter for a full and accurate statement of its contents.

27. Admitted.

### Request to the FBI

28. Defendant FBI admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant FBI respectfully refers the Court to that request for a full and accurate statement of its contents.

29. Defendant FBI admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant FBI respectfully refers the Court to that request for a full and accurate statement of its contents.

30. Defendant FBI admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant FBI respectfully refers the Court to that request for a full and accurate statement of its contents.

31. Defendant FBI admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant FBI respectfully refers the Court to that request for a full and accurate statement of its contents.

32. Defendant FBI admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant FBI respectfully refers the Court to that request for a full and accurate statement of its contents.

33. Defendant FBI admits it assigned Plaintiff's FOIA request tracking number 1440326-000, and confirmed receiving his request by letter dated June 25, 2019. Defendant FBI respectfully refers the Court to that letter for a full and accurate statement of its contents.

34. Defendant FBI admits responding to Plaintiff's June 21, 2019 FOIA request by letter dated July 26, 2019. Defendant FBI respectfully refers the Court to that letter for a full and accurate statement of its contents.

35. Defendant FBI admits that Plaintiff appealed the FBI determination's concerning the June 21, 2019 FOIA request to the Office of Information Policy ("OIP"). Defendant FBI respectfully refers the Court to that appeal for a full and accurate statement of its contents.

36. Defendant FBI admits that by letter dated September 12, 2019, OIP responded to Plaintiff's appeal. Defendant FBI respectfully refers the Court to that letter for a full and accurate statement of its contents.

Request to the EOUSA

37. Defendant EOUSA admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant EOUSA respectfully refers the Court to that request for a full and accurate statement of its contents.

38. Defendant EOUSA admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant EOUSA respectfully refers the Court to that request for a full and accurate statement of its contents.

39. Defendant EOUSA admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant EOUSA respectfully refers the Court to that request for a full and accurate statement of its contents.

40. Defendant EOUSA admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant EOUSA respectfully refers the Court to that request for a full and accurate statement of its contents.

41. Defendant EOUSA admits it received a FOIA request from Plaintiff dated June 21, 2019. Defendant EOUSA respectfully refers the Court to that request for a full and accurate statement of its contents.

42. Defendant EOUSA admits that the EOUSA, by way of a system-generated email of its e-FOIA system to Plaintiff, assigned Plaintiff's FOIA request tracking number EOUSA-2019-003470, and confirmed receiving his submission on June 24, 2019.

43. Defendant EOUSA admits that a member of staff reviewed Plaintiff's request, determined it to be sufficient, and formally acknowledged receipt of the June 21, 2019 FOIA request by way of a letter dated July 26, 2019. Defendant EOUSA respectfully refers the Court to that letter for a full and accurate statement of its contents.

44. Denied. Defendant EOUSA avers that it issued a final response letter in response to Plaintiff's June 21, 2019 FOIA request on August 22, 2019. Defendant EOUSA respectfully refers the Court to that letter for a full and accurate statement of its contents.

Current Status of Plaintiff's Requests

45. Defendant DOJ admits that as of September 23, 2019, the DOJ had not issued a final determination or produced records in response to Plaintiff's June 21, 2019 FOIA request. Defendant EOUSA denies the allegation contained in this paragraph and avers that it issued a final response letter in response to Plaintiff's June 21, 2019 FOIA request on August 22, 2019.

46. Admitted. Defendant FBI respectfully refers the Court to the FBI's July 26, 2019 response letter for a full and accurate statement of its contents.

47. Defendant DOJ admits that Plaintiff's June 21, 2019 FOIA request was pending as of September 23, 2019. Defendant FBI denies that Plaintiff's June 21, 2019 FOIA request was pending as of September 23, 2019. Defendant EOUSA denies that Plaintiff's June 21, 2019 FOIA request was pending as of September 23, 2019.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF FOIA
### FOR FAILURE TO COMPLY WITH STATUTORY DEADLINES
### (Defendants DOJ and EOUSA)

48. Defendants incorporate the responses to the foregoing paragraphs as though set forth fully herein.

49. This paragraph consists of legal conclusions to which no response is required.

50. This paragraph consists of legal conclusions to which no response is required.

51. This paragraph consists of legal conclusions to which no response is required.

52. This paragraph consists of legal conclusions to which no response is required.

53. This paragraph consists of legal conclusions to which no response is required.

54. This paragraph consists of legal conclusions to which no response is required.

### COUNT II: VIOLATION OF FOIA
### FOR UNLAWFUL WITHHOLDING OF AGENCY RECORDS
### (All Defendants)

55. Defendants incorporate the responses to the foregoing paragraphs as though set forth fully herein.

56. This paragraph consists of legal conclusions to which no response is required.

57. This paragraph consists of legal conclusions to which no response is required.

58. This paragraph consists of legal conclusions to which no response is required.

59. Admitted. Defendant FBI avers that it responded to Plaintiff's June 21, 2019 FOIA request by letter dated July 26, 2019, and respectfully refers the Court to that letter for a full and accurate statement of its contents. Defendant EOUSA avers that it issued a final response letter in response to Plaintiff's June 21, 2019 FOIA request on August 22, 2019, and respectfully refers the Court to that letter for a full and accurate statement of its contents.

60. Admitted. Defendant DOJ avers that Plaintiff's June 21, 2019 FOIA request is still pending as of the date of this filing. Defendant EOUSA avers that it issued a final response letter in response to Plaintiff's June 21, 2019 FOIA request on August 22, 2019, and respectfully refers the Court to that letter for a full and accurate statement of its contents.

61. Denied.

62. Denied. Defendant DOJ avers that Plaintiff's June 21, 2019 FOIA request is still pending as of the date of this filing. Defendant FBI avers that it responded to Plaintiff's June 21, 2019 FOIA request by letter dated July 26, 2019, and respectfully refers the Court to that letter for a full and accurate statement of its contents. Defendant EOUSA avers that it issued a final response letter in response to Plaintiff's June 21, 2019 FOIA request on August 22, 2019, and respectfully refers the Court to that letter for a full and accurate statement of its contents.

63. Denied.

64. This paragraph consists of legal conclusions to which no response is required.

65. This paragraph consists of legal conclusions to which no response is required.

## COUNT III: VIOLATION OF FOIA
## FOR FAILURE TO GRANT FEE BENEFIT
### (Defendants DOJ and EOUSA)

66. Defendants incorporate the responses to the foregoing paragraphs as though set forth fully herein.

67. This paragraph consists of legal conclusions to which no response is required.

68. This paragraph consists of legal conclusions to which no response is required.

69. This paragraph consists of legal conclusions to which no response is required.

70. This paragraph consists of legal conclusions to which no response is required.

71. This paragraph consists of legal conclusions to which no response is required.

72. This paragraph consists of legal conclusions to which no response is required.

## REQUEST FOR RELIEF

The remaining paragraphs set forth Plaintiff's prayer for relief to which no response is required, but insofar as a response is deemed required, Defendants deny that Plaintiff is entitled to the relief requested.

## DEFENSES

Defendants reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendants throughout the course of this litigation.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff is not entitled to compel the production of records protected from disclosure by one or more of the exemptions to the FOIA.

## THIRD DEFENSE

Plaintiff is neither eligible for nor entitled to attorneys' fees or costs.

## FOURTH DEFENSE

The Court lacks jurisdiction to award relief that exceeds that authorized by the FOIA.

Dated: November 15, 2019            Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL
D.C. Bar No. 1014003
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2537
Fax: (202) 252-2599
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*