UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>   *Plaintiff*,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>   *Defendants*. | Civil Action No. 19-2847 (TFH) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  Defendants, the United States Department of Justice, the Federal Bureau of Investigation, and the Executive Office for United States Attorneys, respectfully move for summary judgment on Plaintiff the Reporters Committee for Freedom of the Press's claims under the Freedom of Information Act ("FOIA"). As explained in the accompanying brief and supporting materials, Defendants have met their obligations with respect to Plaintiff's FOIA requests, and are therefore entitled to judgment as a matter of law.

Dated: June 2, 2020       Respectfully submitted,

               MICHAEL R. SHERWIN
               Acting United States Attorney

               DANIEL F. VAN HORN, D.C. Bar #924092
               Chief, Civil Division

            By: */s/ Katherine B. Palmer-Ball*
               KATHERINE B. PALMER-BALL, D.C. Bar #1014003
               Assistant United States Attorney
               555 Fourth Street, N.W.
               Washington, D.C. 20530
               (202) 252-2537
               katherine.palmer-ball@usdoj.gov

            *Counsel for Defendants*